1
2
3
4
5
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | No. CR-12-00612 EJD |
| | ) | |
| 11 Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | STATUS HEARING AND EXCLUDING |
| 12 vs. | ) | TIME |
| | ) | |
| 13 SALVADOR TAPIA-JUAREZ, | ) | |
| | ) | |
| 14 Defendant. | ) | |
| _____ | ) | |

15

16     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17 hearing currently scheduled for Monday, October 29, 2012, shall be continued to Monday,

18 November 19, 2012, at 1:30 p.m.

19     It is further ordered that the time through and including November 19, 2012, shall be

20 excluded from the computation of time within which trial shall commence under the Speedy

21 Trial Act, as the reasonable time necessary for effective preparation, pursuant to Title 18, United

22 States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

23     It is so ordered.

24 Dated: October 26, 2012

25                                                HON. EDWARD J. DAVILA
                                               United States District Judge

26

[Proposed] Order Continuing Hearing
CR 12-00612 EJD                                    1