IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00612 EJD |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| SALVADOR TAPIA-JUAREZ, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Monday, July 1, 2013, at 1:30 p.m., shall be continued to Monday, July 29, 2013, at 1:30 p.m.

Dated: June 11, 2013

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Continuing Sentencing Hearing
CR 12-00612 EJD                                   1